IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ALFRED BROOKS,                              )
                                            )
                        Plaintiff           )
                                            )
            vs.                             )          No. CIV-08-684-C
                                            )
STEVE LUCAS and                             )
THE DAILY OKLAHOMAN,                        )
                                            )
                        Defendants          )

<u>O R D E R</u>

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on July 8, 2008.  The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed; however, on July 22, 2008, Petitioner paid the $350.00 filing fee, rendering the Magistrate Judge's recommendation moot.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted in part.  Plaintiff may proceed with service on Defendants.

IT IS SO ORDERED this 28th day of August, 2008.

ROBIN J. CAUTHRON
United States District Judge